# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133430(111)


TACCO FALCON POINT, INC.,
Plaintiff/
Counter-Defendant-Appellee,

v

DAVID M. CLAPPER,
Defendant/Counter-Plaintiff/
Third-Party Plaintiff-Appellant/
Cross-Appellee,

v

ART MIDWEST, INC.,
Intervening Third-Party
Defendant-Appellee,
and

AMERICAN REALTY INVESTORS, INC., and
AMERICAN REALTY TRUST, INC.,
Third-Party Defendants-Appellees/
Cross-Appellants,
and

ART MIDWEST, L.P.,
Third-Party Defendant.
_____/

SC: 133430
COA: 271525
Oakland CC: 2002-042917-CZ

On order of the Court, the motion for reconsideration of this Court's June 4, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and MARKMAN, JJ., would grant reconsideration and, on reconsideration, would remand this case to the trial court for the reasons stated in the Court of Appeals dissenting opinion.

KELLY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

_____
Clerk

d1215